UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| MERRY JAKUBOWSKI | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:24-cv-525-M-RN |
| | ) | |
| FRANK J. BISIGNANO | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Richard E. Myers, II, Chief United States District Judge, for consideration of the parties' cross briefs and the memorandum and recommendation entered by the United States Magistrate Judge, to which no objection was filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 4, 2025, and for the reasons set forth more specifically therein, the final decision of the Commissioner is AFFIRMED. This matter is dismissed.

**This Judgment Filed and Entered on August 4, 2025, and Copies To:**

Christa A. McGill  (via CM/ECF Notice of Electronic Filing)
Samantha Zeiler / Wanda Mason (via CM/ECF Notice of Electronic Filing)

August 4, 2025                    PETER A. MOORE, JR., CLERK

                     /s/ Sandra K. Collins 
                    (By) Sandra K. Collins, Deputy Clerk